LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ERIK BARCENAS,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner Of Social Security,<br><br>   Defendant. | No. EDCV 14-01965 AS<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SEVEN HUNDRED EIGHTY-NINE DOLLARS AND 95/100 (**$2,789.95**) subject to the terms of the stipulation.

DATE:  March 7, 2016            _____/ s /_____
                                              HONORABLE ALKA SAGAR
                                              UNITED STATES MAGISTRATE JUDGE